**Order entered October 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00698-CV**

**IN THE INTERST K.W., A CHILD**

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-55854-2017**

**ORDER**

Before the Court is appellant's September 29, 2022 motion to extend the time to file the jurisdictional brief requested by this Court. We **GRANT** the motion and extend the deadline to October 12, 2022.

/s/    BILL PEDERSEN, III
JUSTICE